**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**DARRELL WILLIAMS,**

.
.
.
.
.
.

      **Plaintiff,**         .       **CIVIL ACTION NO. 1:23-mi-99999**

**vs.**

.
.
.
.

**UNITED STATES POSTAL
SERVICE,**

.
.
.
.

      **Defendant.**       .

## <u>NOTICE OF REMOVAL</u>

Defendants, by and through the United States Attorney for the Northern District of Georgia, and pursuant to 28 U.S.C. § 1442, files this Notice of Removal of the lawsuit styled *Darrell Williams v. United States Postal Service*, Superior Court of Fulton County, State of Georgia, Case No. 23CV382935 (filed on July 20, 2023), and respectfully shows this court the following:

1.

Plaintiff Darrell Williams filed this complaint seeking damages from Defendant United States Postal Service on July 20, 2023, a copy of which is attached hereto as Exhibit 1. The complaint and summons were served on the agency on July 31, 2023, but there is no proof of service demonstrating service on the United States Attorney's Office or the U.S. Attorney General, as required under Federal

Rule of Civil Procedure 4.

2.

This action arises out of an employment discrimination claim between Darrell Williams and the United States Postal Service. Mr. Darrell Williams seeks damages from the United States Postal Service in his capacity as a federal employee as a result of the harassment allegedly received on the job.

3.

At the time of these incidents and at all times relevant herein, Defendant the United States Postal Service is an agency of the federal government covered by 28 U.S.C. § 1442.

4.

This action is one which may be removed without bond pursuant to 28 U.S.C. § 1442.

5.

A copy of this Notice of Removal is being served upon Plaintiff and a copy will be filed with the Superior Court of Fulton County.

WHEREFORE, the United States removes the case, *Darrell Williams*, Case

2

No. 22-CV-382935, now pending in the State Court of Fulton County, Georgia, to this United States District Court for such further proceedings as may be appropriate.

Dated: September 14, 2023.

Respectfully submitted,

RYAN K. BUCHANAN
UNITED STATES ATTORNEY

/s/ Andres H. Sandoval
ANDRES H. SANDOVAL
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 643257
600 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 581-6096 tel.
(404) 581-6151 fax

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing document has been prepared using Book Antiqua, 13-point font.

Dated: September 14, 2023.

/s/ANDRES H. SANDOVAL
ASSISTANT U.S. ATTORNEY

## CERTIFICATE OF SERVICE

I certify that I have electronically filed the foregoing Notice of Removal

with the Clerk of the Court using the CM/ECF system.

I also certify that a copy of the foregoing has also been served upon the

following persons, by first class U.S. mail, properly addressed and postage paid

to:

> Darrell Williams
> 253 Gucci Circle
> Stockbridge, GA 30281

This 14th day of September 2023.

/s/ ANDRES H. SANDOVAL
Assistant U.S. Attorney

5